# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE FRANK OGLESBY,<br><br>    Petitioner,<br><br>  v.<br><br>J. SOTO, Warden,<br><br>    Respondent. | Case No. CV 14-8836-ODW (JEM)<br><br>**JUDGMENT** |

  In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

  IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: July 17, 2015

                OTIS D. WRIGHT, II
              UNITED STATES DISTRICT JUDGE

4